In the Matter of ORVILLE WYNTER, Appellant, v JOHN KASE et al., Respondents.

Submitted October 7, 2013; decided November 26, 2013

Motion for reargument of motion for leave to appeal denied [*see* 21 NY3d 864 (2013)].